## MOONEY *v.* TARVER.

FISH, J.　As the evidence presented issues of fact which should have been passed upon by the jury, and not determined by the presiding judge, it was error to direct a verdict.

Judgment reversed.　All the Justices concurring.

Argued January 28, — Decided March 1, 1898.

Levy and claim.    Before Judge Spence.    Dougherty superior court.    April term, 1897.

*D. H. Pope*, for plaintiff.

*Wooten & Wooten, W. T. Jones* and *J. W. Walters*, contra.